IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE  DIVISION


EDDIE D. OSBURN                                                                        PLAINTIFF


   v.                                              CIVIL NO. 07-5112


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## O R D E R

On this 8th day of May, 2008, the court has before it for consideration plaintiff's request

for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  For

reasons set forth in the report and recommendation filed by the Honorable James R.

Marschewski, United States Magistrate Judge for the Western District of Arkansas, on April 8,

2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby

awards plaintiff's attorney fees in the amount of $1,796.18 representing 11.53 hours of work at

a rate of $152.00 per hour and $43.62 in expenses. This amount shall be paid in addition to, and

not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.


                                                      /s/Jimm Larry Hendren
                                                      HON. JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)